In the Matter of DAVID E. SINGER, an Attorney.— Reference ordered. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

CITY BANK FARMERS TRUST COMPANY (Formerly Known as THE FARMERS' LOAN AND TRUST COMPANY) v. ARDLEA INCORPORATION and RICHARD CROKER, JR., Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

REBECCA JACKSON, Appellant, v. MILDRED C. DOYLE and Another, Respondents, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

FORD, BACON & DAVIS, INC., Appellant, v. IRVING TRUST COMPANY, Respondent, Appellant, and UNITED STATES FIDELITY AND GUARANTY COMPANY and Another, Impleaded, Defendants, Respondents.— Judgment affirmed, with costs to the Irving Trust Company against the plaintiff, appellant. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

GREAT EASTERN FINANCE CORPORATION OF AMERICA, Appellant, v. WINELL REALTY CORPORATION and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

FRANK X. CHESTER and Others, Suing on Behalf of Themselves and All Others Similarly Situated, Appellants, v. LAWYERS MORTGAGE COMPANY and Another, Defendants, Impleaded with HOWARD S. BORDEN and Others, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

MANUFACTURERS TRUST COMPANY, Appellant, v. RICHARD E. WELDON, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

BEACH 54TH ST., INC., Respondent, v. ABRAHAM RUBINSTEIN and Others, Appellants, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

BESSIE E. ARONSON, Respondent, v. JULIUS J. ARONSON, Appellant. MILDRED LEINER, Corespondent, Appellant.— Judgment affirmed, with costs to the respondent against the appellant Julius J. Aronson. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

ANNIE BRENER SOVENSKY, Respondent, v. SIMON SOVENSKY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERMAN WINTER, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.